IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CLYDE VERNON WALTERS**                                                                 **PLAINTIFF**

**v.**                                         **CAUSE NO. 4:09-cv-00155-DPJ-FKB**

**WILLIAM C. SCARBROUGH,**
**THE KANSAS CITY SOUTHERN RAILWAY**
**COMPANY, and JOHN DOES 1-5**                                     **DEFENDANTS**

## AGREED ORDER

CAME ON to be heard, the motion of Mississippi Trucking Food & Fuel, for leave to intervene in this cause, and the Court finding that said motion should be sustained:

IT IS THEREFORE ORDERED that Mississippi Trucking Food & Fuel is hereby granted leave to intervene herein. The intervening petition shall be filed on or before April 22, 2010.

SO ORDERED this the 16th day of April, 2010.

                                                     /s/ F. Keith Ball_____
                                                     UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

_____/ s / Tadd Parsons, Esq._____
TADD PARSONS, ESQ. (MSB #100226)
*Attorney for the Plaintiff*

_____/ s / Charles E. Ross, Esq._____
CHARLES E. ROSS, ESQ. (MSB #5683)
JAMES E. GRAVES, ESQ. (MSB #102252)
*Attorneys for the Defendant*

_____/ s / Holly N. Smalling, Esq.\_\_\_\_\_
HOLLY N. SMALLING, (MSB #100009)
*Attorney for the Intervenor*